DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Debra Utley
Docket No.: 3:05-00136-01

TO: The Honorable Aleta A. Trauger, U.S. District Judge

On September 9, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 262 | 1 | Marijuana Cigarette (butt) |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Aleta A. Trauger
U.S. District Judge